# IN THE SUPREME COURT OF THE STATE OF NEVADA

5550 PAINTED MIRAGE RD., LLC, A LIMITED NEVADA LIABILITY COMPANY,

Appellant,

vs.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, A MINNESOTA CORPORATION,

Respondent.

No. 83413

**FILED**

SEP 1 3 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On September 7, 2022, respondent filed a motion to dismiss this appeal. Appellant has filed a response to the motion to dismiss wherein it requests that this appeal be voluntarily dismissed. Appellant's request for a voluntary dismissal of this appeal is granted. This appeal is dismissed.

It is so ORDERED.[1]


, C.J.

cc: Hon. Veronica Barisich, District Judge
Kathleen M. Paustian, Settlement Judge
Law Office of Mitchell Stipp
Clyde & Co US LLP/Las Vegas
Eighth District Court Clerk

---

[1]Appellant's motion for an extension of time to file the opening brief and appendix, and respondent's motion to dismiss this appeal are denied as moot.

22-28567